UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
|  | ) | DOCKET NO. 3:06CR93-C |
| UNITED STATES OF AMERICA | ) |  |
| v. | ) | ORDER UNSEALING |
|  | ) | INFORMATION AND |
| CONSOLACION WRIGHT | ) | PLEA AGREEMENT |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Information and Plea Agreement in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Information and Plea Agreement in the above-captioned case be unsealed.

Signed: July 27, 2006

_____
Robert J. Conrad, Jr.
Chief United States District Judge